THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 David Thompson, Respondent,
 v.
 State of South Carolina, Petitioner.
 
 
 

Appeal From York County
 John C. Hayes, III, Circuit Court Judge

Memorandum Opinion No. 2005-MO-056
Submitted October 19, 2005 - Filed November 7, 2005

AFFIRMED

 
 
 
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and Assistant Attorney General Julie M. Thames, all of Columbia, for petitioner.
 Assistant Appellate Defender Aileen P. Clare, of the Office of Appellate Defense, of Columbia, for respondent.
 
 
 

PER CURIAM:  Affirmed pursuant to Rule 220(b)(1), SCACR, and the following authorities:  McCray v. State, 317 S.C. 557, 455 S.E.2d 686 (1995) (this Court must affirm the rulings of the PCR court if there is any evidence to support the decision).
AFFIRMED.
TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.